**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, *Plaintiffs*, v. PACIFIC BIM SERVICES, LLC, *Defendant*. | Case No. 1:25-cv-2297 (PTG/WEF) |

# ORDER

This matter comes before the Court on the April 10, 2026 Report and Recommendation ("R&R") from Magistrate Judge William E. Fitzpatrick regarding Plaintiffs' Motion for Default Judgment as to Defendant (Dkt. 7). Judge Fitzpatrick advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 12 at 31. To date, no objections have been filed.

After reviewing the record and Judge Fitzpatrick's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Fitzpatrick set forth in the R&R (Dkt. 12). Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 7) is **GRANTED**; it is further

**ORDERED** that default judgment be **ENTERED** against Pacific BIM in the total amount of $39,365.02, consisting of (i) $20,641.40 in total delinquent contributions, (ii) $5,872.87 in accrued interest on those delinquent contributions through March 6, 2026, (iii) $5,872.87 in

liquidated damages, (iv) $2,050.00 in audit testing fees, and (v) $4,927.88 in attorney's fees and costs; it is further

**ORDERED** that Plaintiffs are **AWARDED** interest on the delinquent contributions at the contractually agreed-upon rate of 0.0233% per day, compounded daily, from March 7, 2026 until paid in full; and it is further

**ORDERED** that Plaintiffs are **AWARDED** post-judgment interest, to be calculated in accordance with 28 U.S.C. § 1961, on the awarded liquidated damages, audit testing fees, and attorney's fees and costs.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further **DIRECTED** to forward a copy of this Order to all parties of record.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 10th day of July, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge